Stephen C. Ruehmann, Esq. (167533)
*steve@ruehmannlawfirm.com*
Robin D. Shofner, Esq. (272552)
*robin@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel:   (916) 988-8001
Fax:   (916) 988-8002

Attorneys for Plaintiffs
THOMAS A. WEBER and
BELINDA G. WEBER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS A. WEBER and BELINDA G. WEBER, <br><br> Plaintiffs, <br><br> v. <br><br> PNC BANK, N.A.; HSBC BANK, U.S.A., N.A.; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 2:13-cv-00298-GEB-CKD <br><br> **STIPULATION TO KEEP TEMPORARY RESTRAINING ORDER IN EFFECT PENDING PRELIMINARY INJUNCTION HEARING; [PROPOSED] ORDER** <br><br><br> Removed:   February 15, 2103 |

### JOINT STIPULATION

Plaintiffs THOMAS A. WEBER and BELINDA G. WEBER (collectively "Plaintiffs") and Defendants PNC BANK, N.A. and HSBC BANK U.S.A., N.A. as Trustee for Luminent Mortgage Trust 2007-2 ("Defendants"), (collectively "Parties") by and through their counsel of record, hereby stipulate as follows:

 1. Plaintiffs filed their Complaint on January 14, 2013, in Placer County Superior Court,

Case No.: SCV0032361;

2. The underlying issue of this action is the potential foreclosure of the subject property located at 8972 Bronson Drive, Granite Bay, California 95746 (the "Subject Property").

3. On January 16, 2013, Placer County Superior Court granted Plaintiffs' request for a Temporary Restraining Order ("TRO") and set an Order to Show Cause Re: Preliminary Injunction ("OSC") hearing for January 29, 2013. Prior to the OSC hearing, Defendants' counsel and Plaintiffs' counsel entered into a stipulation to continue the OSC hearing. Pursuant to the Stipulation, the OSC hearing was continued to February 28, 2013.

4. On February 15, 2013, Defendants filed a Notice of Removal of Action with the United States District Court, Eastern District of California (Sacramento Division) and the above-mentioned case was assigned Case No.: 2:13-cv-00298-GEB-CKD.

5. WHEREAS, the Parties by stipulation have agreed and request that the Court's temporary restraining order entered on January 16, 2013, remain in effect until a regularly noticed Motion for Preliminary Injunction hearing can be heard by the United States District Court, Eastern District of California.

6. This stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

7. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiffs or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: February 22, 2013            **RUEHMANN LAW FIRM, P.C.**

/s/ Robin D. Shofner, Esq.
Robin D. Shofner, Esq.
Attorney for Plaintiffs
THOMAS A. WEBER and BELINDA G. WEBER

Dated: February 22, 2013            **WOLFE & WYMAN LLP**

/s/ Colleen B. Kelley, Esq.
Brian H. Gunn, Esq.
Colleen B. Kelley, Esq.
Attorneys for Defendant
PNC BANK, N.A., and HSBC BANK, U.S.A., N.A.; as Trustee for Luminent Mortgage Trust 2007-2 (erroneously sued as "HSBC BANK, U.S.A., N.A.")

## ORDER

The Court having considered the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that:

The Temporary Restraining Order shall remain in effect until the hearing on the preliminary injunction occurs.

**Date: 2/22/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge