Stephen C. Ruehmann, Esq. (167533)
*steve@ruehmannlawfirm.com*
Robin D. Shofner, Esq. (272552)
*robin@ruehmannlawfirm.com*
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel:     (916) 988-8001
Fax:     (916) 988-8002

Attorneys for Plaintiffs
THOMAS A. WEBER and
BELINDA G. WEBER

Heather S. Kim
*hskim@wolfewyman.com*
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
PNC BANK, N.A. and HSBC BANK U.S.A.,
N.A., as Trustee for Luminent Mortgage Trust
2007-2 (sued erroneously as "HSBC BANK,
U.S.A., N.A.)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS A. WEBER and BELINDA G. WEBER, <br><br> Plaintiffs, <br><br> v. <br><br> PNC BANK, N.A.; HSBC BANK, U.S.A., N.A.; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 2:13-cv-00298 GEB CKD <br><br> **JOINT STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** <br><br> Date:      April 8, 2013 <br> Time:     9:00 A.M. <br> Place:    Courtroom 10, 13th Floor <br> Judge:   Garland E. Burrell, Jr. <br><br> Date Action Filed: January 14, 2013 |

1

1346910.1

**JOINT STIPULATION**

Defendants PNC BANK, N.A. ("PNC") and HSBC BANK U.S.A., N.A., as Trustee for Luminent Mortgage Trust 2007-2 ("HSBC")[1] (collectively "Defendants") and Plaintiffs THOMAS A. WEBER and BELINDA G. WEBER (collectively "Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed their Complaint on January 14, 2013 in Placer County Superior Court;

2. WHEREAS, the underlying issue of this action is Plaintiff's Civil Code section 2923.5 allegation that Defendants did not contact them to discuss possible alternatives to non-judicial foreclosure and to assess their financial situation prior to recording a notice of default against the real property at 8972 Bronson Drive, Granite Bay, California 95746 ("Property");

3. WHEREAS, on January 16, 2013, the Court issued a temporary restraining order temporarily enjoining foreclosure proceedings as to the Property. The Court set a January 29, 2013 Order to Show Cause hearing as to Plaintiffs' request for a preliminary injunction;

4. WHEREAS, on January 28, 2013 parties stipulated to continue OSC re preliminary injunction to engage in preliminary settlement negotiations;

5. WHEREAS, on February 15, 2013 Defendants removed this action to Federal Court;

6. WHEREAS, on February 22, 2013 Parties stipulated to keep the temporary restraining order in effect to allow Defendants sufficient time to respond to request for preliminary injunction;

7. WHEREAS, a preliminary injunction hearing is currently set for April 8, 2013;

8. WHEREAS, the parties wish to continue to engage in preliminary settlement negotiations that may resolve the case. Both Plaintiffs and Defendants intend to engage in settlement negotiations in good faith;

9. WHEREAS, to allow the parties the additional time to engage in the settlement negotiations and process, reduce the costs of litigation for all parties, and unburden the Court's

---

[1] Erroneously sued as HSBC BANK U.S.A., N.A.

1346910.1

docket, Plaintiffs and Defendants, by and through their undersigned counsel, agree, stipulate and request that the Court continue the April 8, 2013 Order to Show Cause hearing fourteen (14) days on or after April 22, 2013;

10. The parties further agree, stipulate and request that the Court's temporary restraining order remain in effect until the continued Order to Show Cause hearing on April 22, 2013.

11. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiff or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

Dated: March 26, 2013                                   **RUEHMANN LAW FIRM, P.C.**

<u>/s/ Robin D. Shofner (SBN 272552)</u>
Robin D. Shofner, Esq.
Attorney for Plaintiffs
THOMAS A. WEBER and BELINDA G. WEBER

Dated: March 26, 2013                                   **WOLFE & WYMAN, LLP**

<u>/s/ Heather S. Kim (SBN 277686)</u>
Brian H. Gunn, Esq.
Andrew A. Bao, Esq.
Heather S. Kim, Esq.
Attorney for Defendants
PNC BANK, N.A. and HSBC BANK U.S.A., N.A.

///

///

///

1346910.1

**[PROPOSED] ORDER**

The Court having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED** that:

1. That the hearing on the OSC re: preliminary injunction for this matter be continued from April 8, 2013 to April 22, 2013, at 9:00 a.m.

2. The Temporary Restraining Order shall remain in effect until the hearing on the preliminary injunction occurs.

3. **Date:  3/26/2013**

4. 

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

6.

7.

8.

1346910.1