IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. WEBER, BELINDA G. WEBER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PNC BANK, N.A.; HSBC BANK, U.S.A., N.A.; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | 2:13-cv-00298-GEB-CKD<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT |

　　　　On March 25, 2013, over twenty-one (21) days after Plaintiffs served their complaint and Defendants filed a dismissal motion, Plaintiffs filed a First Amended Complaint in this action. (ECF No. 14.) Plaintiffs First Amended Complaint is stricken since it has not been filed in compliance with Federal Rule of Civil Procedure 15(a)(1).

Dated:  March 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1