Stephen C. Ruehmann, Esq. (167533)
steve@ruehmannlawfirm.com
Robin D. Shofner, Esq. (272552)
robin@ruehmannlawfirm.com
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel:    (916) 988-8001
Fax:    (916) 988-8002

Attorneys for Plaintiffs
THOMAS A. WEBER and
BELINDA G. WEBER

FILED

APR 1 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS A. WEBER and BELINDA G. WEBER, <br><br> Plaintiffs, <br><br> v. <br><br> PNC BANK, N.A.; HSBC BANK, U.S.A., N.A.; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 2:13-cv-00298-TLN-CKD <br><br> **STIPULATION FOR FILING OF AMENDED COMPLAINT; [PROPOSED] ORDER** <br><br><br> Removed:    February 15, 2103 |

## JOINT STIPULATION

Plaintiffs THOMAS A. WEBER and BELINDA G. WEBER (collectively "Plaintiffs") and Defendants PNC BANK, N.A. and HSBC BANK U.S.A., N.A. as Trustee for Luminent Mortgage Trust 2007-2 ("Defendants"), (collectively "Parties") by and through their counsel of record, hereby stipulate as follows:

1. Plaintiffs filed their Complaint on January 14, 2013, in Placer County Superior Court,

---
1
STIPULATION FOR FILING OF AMENDED COMPLAINT; [PROPOSED] ORDER

1356961.1

1  Case No.: SCV0032361;

2      2. The underlying issue of this action is the potential foreclosure of the subject property located at 8972 Bronson Drive, Granite Bay, California 95746 (the "Subject Property").

    3. On February 15, 2013, Defendants filed a Notice of Removal of Action with the United States District Court, Eastern District of California (Sacramento Division) and the above-mentioned case was assigned Case No.: 2:13-cv-00298-GEB-CKD.

    4. On February 27, 2013 Defendants filed a Motion to Dismiss Plaintiffs' Complaint to be heard April 8, 2013.

    5. Parties agree by and between their respective attorneys of record that Plaintiff may file an Amended Complaint.

    6. This stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

    7. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiffs or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto as **Exhibit 1**, within five (5) days of the Court's Order concerning the same.

    IT IS SO STIPULATED.

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated: April 4, 2013 | **RUEHMANN LAW FIRM, P.C.** |
| | /s/ Stephen C. Ruehmann<br>Stephen C. Ruehmann, Esq.<br>Robin D. Shofner, Esq.<br>Attorneys for Plaintiffs<br>THOMAS A. WEBER and BELINDA G. WEBER |
| Dated: April 4, 2013 | **WOLFE & WYMAN LLP** |
| | /s/ Heather S. Kim<br>Brian H. Gunn, Esq.<br>Andrew A. Bao, Esq.<br>Heather S. Kim, Esq.<br>Attorneys for Defendant<br>PNC BANK, N.A., and HSBC BANK, U.S.A., N.A.; as Trustee for Luminent Mortgage Trust 2007-2 (erroneously sued as "HSBC BANK, U.S.A., N.A.") |

### [PROPOSED] ORDER

The Court having considered the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

Plaintiff may file an Amended Complaint, a copy of which is attached hereto as **Exhibit 1,** within five (5) days of this Order.

IT IS SO ORDERED.

Dated: 4/16/13

Judge Troy L. Nunley
U.S. DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA

3
STIPULATION FOR FILING OF AMENDED COMPLAINT; [PROPOSED] ORDER

1356961.1