CAMERON D. BORDNER, ESQ. (236312)
*bordner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
10280 Donner Pass Road
Truckee, CA 96161
Tel: (530) 214-8700
Fax: (530) 214-8158

ROBIN D. SHOFNER, ESQ. (272552)
*shofner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
1830 15th Street, Suite 100
Sacramento, CA 95811
Tel: (916) 447-0529
Fax: (916) 848-3500

Attorneys for Plaintiffs:
THOMAS A. WEBER; and
BELINDA G. WEBER

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| THOMAS A. WEBER and BELINDA G. WEBER,<br><br>    Plaintiffs,<br><br>    v.<br><br>PNC BANK, N.A.; HSBC BANK, U.S.A., N.A.; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 2:13-cv-00298-TLN-CKD<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT, DISMISSAL OF CAL. CIV. CODE § 2923.5 CLAIM, AND REMOVAL OF MOTION FOR SUMMARY JUDGMENT HEARING FROM CALENDAR; ORDER**<br><br>Removed:    February 15, 2013 |

**JOINT STIPULATION**

Plaintiffs THOMAS A. WEBER and BELINDA G. WEBER (collectively "Plaintiffs") and Defendants PNC BANK, N.A. and HSBC BANK U.S.A., N.A. as Trustee for Luminent

---

1
**STIP. FOR FILING OF SAC, DISMISSAL OF CAL. CIV. CODE § 2923.5 CLAIM, AND REMOVAL OF MSJ HEARING FROM CALENDAR; ORDER**

Mortgage Trust 2007-2 (collectively, "Defendants"), (collectively "the Parties") by and through their counsel of record, hereby stipulate as follows:

1.  Plaintiffs filed their Complaint on January 14, 2013, in Placer County Superior Court, Case No.: SCV0032361;

2.  The underlying issue of this action is the potential foreclosure of the subject property located at 8972 Bronson Drive, Granite Bay, California 95746 (the "Subject Property").

3.  On February 15, 2013, Defendants filed a Notice of Removal of Action with the United States District Court, Eastern District of California (Sacramento Division) and the above-mentioned case was assigned Case No.: 2:13-cv-00298-GEB-CKD.

4.  On May 30, 2014 Defendants filed a Motion for Summary Judgment to be heard on July 3, 2014.  The Motion for Summary Judgment addressed Plaintiffs' sole claim for violation of California Civil Code § 2923.5.

5.  Plaintiffs seek to file a Second Amended Complaint (SAC) based on allegations that Defendants violated various California statutes in connection with the modification and appeal review process for the Subject Loan.  These purported violations occurred in May 2014. (A true and correct copy of the SAC is attached as **Exhibit 1**.)  The SAC no longer contains a cause of action for violation of California Civil Code § 2923.5, which Plaintiffs seek to dismiss with prejudice.  (*Id.*)

6.  Defendants deny all allegations within the SAC but desire to have all matters between the Parties litigated fully in the present case.

7.  The Parties agree by and between their respective attorneys of record that Plaintiff may file the SAC attached hereto as Exhibit 1.

8.  The Parties agree by and between their respective attorneys of record that the California Civil Code § 2923.5 claim will be dismissed with prejudice.

9.  The Parties agree by and between their respective attorneys of record that the Motion for Summary Judgment hearing will be rendered moot and should be removed from the Court's calendar.

**STIP. FOR FILING OF SAC, DISMISSAL OF CAL. CIV. CODE § 2923.5 CLAIM, AND REMOVAL OF MSJ HEARING FROM CALENDAR; ORDER**

10. This stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

11. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiffs or Defendants may wish to assert in their pleadings, all of which are expressly reserved.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit 1, the California Civil Code § 2923.5 claim is dismissed with prejudice and the pending Motion for Summary Judgment is moot and should be removed from the Court's calendar.

IT IS SO STIPULATED.

Dated: June 16, 2014        **MOLSBY & BORDNER, LLP**

/s/ Robin D. Shofner
Robin D. Shofner, Esq.
Attorney for Plaintiffs
THOMAS A. WEBER and BELINDA G. WEBER

Dated: June 16, 2014        **WOLFE & WYMAN LLP**

/s/ Andrew A. Bao
Andrew A. Bao, Esq.
Heather S. Kim, Esq.
Attorneys for Defendant
PNC BANK, N.A., and HSBC BANK, U.S.A., N.A.; as Trustee for Luminent Mortgage Trust 2007-2 (erroneously sued as "HSBC BANK, U.S.A., N.A.")

///
///
///
///

**ORDER**

The Court having considered the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

Plaintiffs may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit 1, within five (5) days of this Order, the California Civil Code § 2923.5 claim is dismissed with prejudice and the pending Motion for Summary Judgment is moot and will be removed from the Court's calendar.

IT IS SO ORDERED.

Dated: June 16, 2014

Troy L. Nunley
United States District Judge