Andrew A. Bao (SBN 247092)
*aabao@wolfewyman.com*
Meagan S. Tom (SBN 273489)
*mstom@wolfewyman.com*
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:  (925) 280-0005

Attorneys for Defendant
PNC BANK, N.A. and HSBC BANK U.S.A., N.A.,
as Trustee for Luminent Mortgage Trust 2007-2
(sued erroneously as "HSBC BANK, U.S.A., N.A.)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS A. WEBER and BELINDA G. WEBER,<br><br>Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A.; HSBC BANK, U.S.A., N.A.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.:  2:13-cv-00298 TLN CKD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND TRIAL-RELATED DATES**<br><br>Current Trial Date:    October 17, 2016<br>Proposed Trial Date:  April 17, 2016<br>Time:  TBA<br>Place:  Courtroom 2, 15th Floor<br><br>Hon. Troy L. Nunley |

   Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4) and the U.S. District Court, Eastern District of California, Local Civil Rule 83-143, Defendants PNC BANK, N.A. ("PNC") and HSBC BANK U.S.A., N.A., as Trustee for Luminent Mortgage Trust 2007-2 (sued erroneously as "HSBC BANK, U.S.A., N.A.) ("HSBC") (collectively "Defendants") and Plaintiffs THOMAS A. WEBER and BELINDA G. WEBER ("Plaintiffs") (collectively, the "Parties") herein stipulate for a continuance of the trial date, the pre-trial conference date, and trial-related dates and deadlines in the above-referenced action.

## RECITALS

   1.   Trial in this matter is currently set for October 17, 2016, and the pre-trial conference

date is set for August 11, 2016.

2. The Parties agree that a continuance of the trial and trial related dates is in the best interest of justice of all parties because:

    a) Plaintiff filed a Second Amended Complaint on June 18, 2014 (Docket Doc No. 47) containing entirely new claims for relief;

    b) Following a Motion to Dismiss, Defendants filed an answer to the Second Amended Complaint on February 2, 2015 (Docket Doc No. 61);

    c) Following the death of Plaintiff Belinda Weber, the Parties have been exploring potential settlement options, including but not limited to, a loan modification review;

    d) However, the Parties require additional time in order to explore all potential settlement options;

    e) There are currently no other parties involved in this litigation, and thus no parties will be prejudiced by the terms of this stipulation;

    f) As the pleadings contain new allegations and claims, the Parties will need additional time to conduct discovery;

    g) Unless the trial date and all related trial-related deadlines are continued, the Parties will be without sufficient time to conduct a factual investigation and prepare for trial.

3. The Parties had previously requested a trial continuance on July 22, 2014, at which time the pleadings were not at issue and contained new allegations and claims, necessitating additional time to conduct discovery.  A continuance of the trial and trial-related deadlines will not prejudice any of the Parties;

4. Thus, good cause exists for a continuance of the trial and trial-related dates in this action.

5. Whereas, the Parties request a continuance of the following deadlines:

    **July 8, 2015**    Last Day to Complete Discovery;

    **August 3, 2015**    Disclosure of Expert Witness;

| | | |
|---|---|---|
| 1 | **November 4, 2016** | Dispositive Motion Cutoff; |
| 2 | **February 1, 2017** | Joint Final Pre-Trial Statements and evidentiary/procedural motions; |
| 4 | **February 8, 2017** | Final Pre-Trial Conference; |
| 5 | **April 3, 2017** | Trial Briefs Due; |
| 6 | **April 17, 2017** | Trial Date. |

**NOW THEREFORE,** THE PARTIES HERE STIPULATE TO THE FOREGOING, subject to this Court's approval.

DATED: January 26, 2016          MOLSBY & BORDNER, LLP


By: /s/ Robin D. Shofner (w/authorization)
    ROBIN D. SHOFNER
**Attorneys for Plaintiffs**
**THOMAS A. WEBER and BELINDA G. WEBER**

DATED: January 26, 2016          WOLFE & WYMAN LLP


By: /s/ Meagan S. Tom  (SBN 273489)
    ANDREW A. BAO
    MEAGAN S. TOM
**Attorneys for Defendants**
**PNC BANK, N.A. and HSBC BANK U.S.A., N.A., as Trustee for Luminent Mortgage Trust 2007-2 (erroneously sued as "HSBC BANK, U.S.A., N.A.")**

3
**STIPULATION AND ORDER TO CONTINUE TRIAL DATE, ET AL.**

2208478.1

**ORDER**

The Court, having reviewed the Stipulation and Proposed Order to Continue Trial and Trial-Related Dates, and good cause appearing therefore, makes the following Order:

The trial date is continued from October 20, 2016 to May 1, 2017, at 9:00 a.m. in Courtroom 2, 15th Floor, of the above-referenced court. The following deadlines are continued as follows:

| | |
|---|---|
| **July 8, 2016** | Last Day to Complete Discovery; |
| **August 3, 2016** | Disclosure of Expert Witness; |
| **November 3, 2016** | Dispositive Motion Cutoff; |
| **February 2, 2017** | Joint Final Pre-Trial Statements and evidentiary/procedural motions; |
| **April 17, 2017** | Trial Briefs Due; |
| **February 9, 2017** | Final Pre-Trial Conference at 2:00 p.m. |
| **May 1, 2017** | Trial Date at 9:00 a.m. |

IT IS SO ORDERED.

Dated: January 27, 2016

Troy L. Nunley
United States District Judge

1
**STIPULATION AND ORDER TO CONTINUE TRIAL DATE, ET AL.**